# Order

Michigan Supreme Court
Lansing, Michigan

June 26, 2006

Clifford W. Taylor,
Chief Justice

130624

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 130624
COA: 265463
Oakland CC: 2004-199127-FH

DUANE MONTGOMERY,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

p0619